IN THE SUPREME COURT OF THE STATE OF NEVADA

GLORIA ZAPATA, AS SPECIAL
ADMINISTRATOR FOR THE ESTATE
OF JONATHAN BLACKSTONE,
DECEASED; AND MITCHELL
BLACKSTONE, INDIVIDUALLY AND
AS HEIR TO THE ESTATE OF
JONATHAN BLACKSTONE,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE MONICA
TRUJILLO, DISTRICT JUDGE,
Respondents,
and
SHOWCASE 1415 LLC, A BUSINESS
ENTITY INCORPORATED TO DO
BUSINESS IN THE STATE OF
NEVADA; SHOWCASE COSMO LLC, A
BUSINESS ENTITY INCORPORATED
TO DO BUSINESS IN THE STATE OF
NEVADA; EC 2537 REALTY LLC, A
BUSINESS ENTITY INCORPORATED
TO DO BUSINESS IN THE STATE OF
NEVADA; SHOWCASE INVESTORS 3
LLC, A BUSINESS ENTITY
INCORPORATED TO DO BUSINESS IN
THE STATE OF NEVADA; LAS VEGAS
3, LLC, A BUSINESS ENTITY
INCORPORATED TO DO BUSINESS IN
THE STATE OF NEVADA; SHOWCASE
MALL VEGAS MANAGEMENT LLC, A
BUSINESS ENTITY INCORPORATED
TO DO BUSINESS IN THE STATE OF
NEVADA; BG RETAIL, LLC, F/K/A

No. 83788

FILED

DEC 17 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

BROWN GROUP RETAIL, INC., D/B/A FAMOUS FOOTWEAR, A FOREIGN BUSINESS ENTITY CONDUCTING BUSINESS IN NEVADA; AND U.S. SECURITY ASSOCIATES, INC., A FOREIGN BUSINESS ENTITY CONDUCTING BUSINESS IN NEVADA, Real Parties in Interest.

## ORDER DENYING PETITION FOR A WRIT OF MANDAMUS

This original petition for a writ of mandamus challenges a district court order granting a motion to dismiss. Having considered the petition and its supporting documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). Specifically, we generally decline to exercise our discretion to entertain writ petitions challenging orders resolving motions to dismiss, and we are not convinced

any of the exceptions apply in this case. *See Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344-45, 950 P.2d 280, 281 (1997) (discussing the exceptions to the general rule). We therefore,

ORDER the petition DENIED.[1]

_____, C.J.
Hardesty

_____, J.
Herndon

_____, Sr.J.
Gibbons

cc:  Hon. Monica Trujillo, District Judge
     Richard Harris Law Firm
     Wilson, Elser, Moskowitz, Edelman & Dicker, LLP/Las Vegas
     Pyatt Silvestri
     Eighth District Court Clerk

---

[1]The Honorable Mark Gibbons, Senior Justice, participated in the decision of this matter under a general order of assignment.